MICHAEL J. HEYMAN
United States Attorney

ALANA B. WEBER
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: alana.weber@usdoj.gov
Email: thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>SEAN DOYLTON MOBLEY,<br><br>          Defendant. | No.<br><br>COUNT 1:<br>DISTRIBUTION OF CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY AND DEATH<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2:<br>DISTRIBUTION OF CONTROLLED SUBSTANCE RESULTING IN SERIOUS BODILY INJURY<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 3:<br>DISTRIBUTION OF CONTROLLED SUBSTANCE TO PERSON UNDER AGE TWENTY-ONE<br>  Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) & 859(a) |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about between November 14, 2024, and November 15, 2024, within the District of Alaska, the defendant, SEAN DOYLTON MOBLEY, did knowingly and intentionally distribute a schedule II controlled substance, namely, carfentanil, the use of which resulted in serious bodily injury and death of Minor Victim One.

All in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about November 14, 2024, within the District of Alaska, the defendant, SEAN DOYLTON MOBLEY, did knowingly and intentionally distribute a schedule II controlled substance, namely, carfentanil, the use of which resulted in serious bodily injury of Victim Two.

All in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about between November 14, 2024, and November 15, 2024, within the District of Alaska, the defendant, SEAN DOYLTON MOBLEY, a person at least eighteen years of age, did knowingly and intentionally distribute a schedule II controlled substance, namely, carfentanil, to Minor Victim One, a person under twenty-one years of age.

//
//
//
//
//

All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 859(a).

A TRUE BILL.

                                                                             s/ Grand Jury Foreperson
                                                                             GRAND JURY FOREPERSON

s/ Alana B. Weber
ALANA B. WEBER
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:   June 10, 2025